**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____ District of Puerto Rico

Case number (if known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | DESARROLLOS TRES V, INC. | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 6 6 – 0 5 9 3 4 1 9 | |
| 4. Debtor's address | **Principal place of business**<br><br>CONSOLIDATED MALL C-15<br>Number  Street<br><br>CAGUAS, PR 00725<br>City                State   ZIP Code<br><br>CAGUAS<br>County | **Mailing address, if different from principal place of business**<br><br>PO BOX 6689<br>Number  Street<br><br>CAGUAS, PR 00726-6689<br>City                State   ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number  Street<br><br>_____<br>City                State   ZIP Code |
| 5. Debtor's website (URL) | | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 1

Debtor  DESARROLLOS TRES V, INC.    Case number (if known) _____
        Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   2  3  8  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When ___/___/_____ Case number _____
              District _____ When ___/___/_____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
        District _____ When ___/___/_____
        Case number, if known _____

Debtor  **DESARROLLOS TRES V, INC.**  Case number *(if known)* _____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number   Street<br>   City   State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>   Contact name _____<br>   Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☑ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor  DESARROLLOS TRES V, INC.  
       Name

Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/05/2024  
           MM/ DD/ YYYY

X _____  
Signature of authorized representative of debtor

IVAN A. VAZQUEZ ROBLES  
Printed name

Title  AUTHORIZED AGENT

**18. Signature of attorney**

X _____  
Signature of attorney for debtor

Date  02/05/2024  
     MM/ DD/ YYYY

ANIBAL MEDINA RIOS  
Printed name

ANIBAL MEDINA LAW OFFICES  
Firm name

C23 CALLE MARGINAL SANTA CRUZ  
Number  Street

BAYAMON      PR      00961-6706  
City      State      ZIP Code

787-460-6364  
Contact phone

MEDINALAW@GMAIL.COM  
Email address

125611      PR  
Bar number      State

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 4



## CORPORATE RESOLUTION

I, **JUAN H. VAZQUEZ SANTOS**, of legal age, married, engineer and resident of Guaynabo, Puerto Rico, in my capacity of President of **DESARROLLOS TRES V, INC.** hereby certify as follows:

That at a meeting of the Board of Directors of **DESARROLLOS TRES V, INC.** held on January 26, 2024, at which a quorum of said Board was present, the following **RESOLUTION** was unanimously adopted:

"**RESOLVED**, that **Ivan A. Vazquez Robles**, in his capacity, respectively, as authorized representative of **DESARROLLOS TRES V, INC.**, is hereby authorized to represent this Corporation in all proceedings relating to fill a bankruptcy.

They are authorized to bind the Corporation by their acts and empowered to execute whatever documents may be necessary for the Corporation.

I CERTIFY in addition, that the foregoing Resolution remains in full force and effect, that it has not been amended, altered, or revoked, and that it was adopted in strict accordance with the Corporation's By-Laws and Articles of Incorporation and all applicable Laws.

I AFFIRM all the foregoing with my signature in Caguas, Puerto Rico, this 26 day of january of 2024.

**DESARROLLOS TRES V, INC.**

Eng. Juan H. Vázquez Santos, President

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re    DESARROLLOS TRES V, INC.

Case No. _____

**Debtor**

Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **NO LOOK FEE**

   For legal services, I have agreed to accept ................................................................................ _____

   Prior to the filing of this statement I have received ..................................................................... _____

   Balance Due .................................................................................................................................. _____

   ☑ **RETAINER**

   For legal services, I have agreed to accept and received a retainer of ......................................    $15,000.00

   The undersigned shall bill against the retainer at an hourly rate of .........................................    $300.00
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. _____$338.00_____ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

4. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

Page 1 of 2

B2030 (Form 2030) (12/15)

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

02/05/2024
Date

Anibal Medina Rios
*Signature of Attorney*

Bar Number: 125611
Anibal Medina Law Offices
C23 Calle Marginal Santa Cruz
Bayamon, PR 00961-6706
Phone: (787) 460-6364

Anibal Medina Law Offices
*Name of law firm*

Page 2 of 2

| | | |
|---|---|---|
| AMERICAN EXPRESS<br>Customer Service<br>Po Box 981535<br>El Paso, TX 79998-1535 | Anibal Medina Law Offices<br>C23 Calle Marginal Santa Cruz<br>Bayamon, PR 00961-6706 | ARB, INC.<br>Po Box 1055<br>Catano, PR 00963-1055 |
| ATTORNEY GENERAL USA<br>DEPT OF JUSTICE MAIN BLDG 5111<br>10th and Pennsylvania Ave Nw<br>Washington, DC 20530-0001 | Brand Energy & Infra Services of PR Corp<br>Po Box 4040<br>Carolina, PR 00984-4040 | Calco Electrical<br>33 Calle 3<br>Cidra, PR 00739-3638 |
| Chavito Equipment, Inc.<br>Po Box 2510 Pmb 395<br>Trujillo Alto, PR 00977-2510 | CONSEJO DE TITULARES COND RIVER GLANCE<br>4 Carr 784 Ste Adm<br>Caguas, PR 00727-6221 | Contrutech<br>97 Bo Palo Seco<br>Maunabo, PR 00707-2907 |
| CORP FONDO SEGURO DEL ESTADO<br>Po Box 425<br>Caguas, PR 00726-0425 | CRIM<br>Po Box 195387<br>San Juan, PR 00919-5387 | Criollo Ready Mix<br>Po Box 1305<br>Gurabo, PR 00778-1305 |
| Custom Manufacturing Corp<br>Parque Industrial Minillas<br>Buzon 410 Suite 3 Calle E<br>Bayamon, PR 00959 | DESARROLLOS TRES V, INC.<br>CONSOLIDATED MALL C-15<br>Caguas, PR 00725 | El Verde Super Shell<br>Po Box 6238<br>Caguas, PR 00726-6238 |
| FERNANDO CERVONI-MUNDO<br>Po Box 41307<br>San Juan, PR 00940-1307 | Francisco Paris<br>Hc 12 Box 7350<br>Humacao, PR 00791-9220 | GRAINGER<br>Po Box 31579<br>Chicago, IL 60631-0579 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OP<br>POST OFFICE BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Janet Natal-Cabrera<br>PO Box 6425<br>San Juan, PR 00914 | Javier Arroyo<br>Barrio Buena Vista Carr 3 Km 0 Hect1<br>Humacao, PR 00791 |
| Javier Calderon<br>33 Calle 3<br>Cidra, PR 00739-3638 | JL Refrigeration & Electrical Contractor<br>Rr 1 Box 2140<br>Cidra, PR 00739-9817 | JM Caribbean Distributors, Inc.<br>Urb. Crown Hills PMB 443<br>138 Winston Churchill Ave.<br>San Juan, PR 00926-6013 |
| Johanna Rivera-Cruz<br>B5 Calle Tabonuco Ste 216 Pmb 287<br>Guaynabo, PR 00968-3029 | Jorge A. Quintana-Brito<br>B5 Calle Tabonuco Ste 216 Pmb 287<br>Guaynabo, PR 00968-3029 | Juan H. Vazquez<br>Po Box 6689<br>Caguas, PR 00726-6689 |
| Justo R. Davila (Tito)<br>Po Box 1293<br>Naguabo, PR 00718-1293 | L V Pumping<br>Po Box 1363<br>Arroyo, PR 00714-1363 | LLC Contractor Group Corp<br>Hc 60 Box 42302<br>San Lorenzo, PR 00754-9863 |

| | | |
|---|---|---|
| Luis Lopez-Gomez<br>Po Box 193926<br>San Juan, PR 00919-3926 | MG Group, Inc.<br>HC-4 Box 8432<br>Aguas Buenas, PR 00703 | Modern Equipment Co., Inc.<br>Po Box 366214<br>San Juan, PR 00936-6214 |
| MUNICIPIO AUTONOMO DE BAYAMON<br>Po Box 1588<br>Bayamon, PR 00960-1588 | Nacarly Z. Perez-Perez<br>ALB Plaza<br>16 Carretera 199, Suite 400<br>Guaynabo, PR 00969 | Popular Auto LLC<br>Edificio Banco Popular<br>1901 Ave Jesus T Pinero Ste 215<br>San Juan, PR 00920-5615 |
| PR DEPT OF TREASURY<br>BANKRUPTCY DIVISION 424-B OFFI<br>PO BOX 9024140<br>SAN JUAN, PR 00902-3072 | Reyes Marquez<br>PMB 288 PO Box 6011<br>Carolina, PR 00984 | RIMCO<br>PO Box 362529<br>San Juan, PR 00936 |
| Roofing Solutions<br>PO Box 232<br>00977 | SECRETARIO HACIENDA PR<br>Po Box 9024062<br>San Juan, PR 00902-4062 | SECRETARIO JUSTICIA PR<br>Po Box 9020192<br>San Juan, PR 00902-0192 |
| Septix<br>Po Box 490<br>Ponce, PR 00715-0490 | SMALL BUSINESS ADMINISTRATION<br>14925 Kingsport Rd<br>Fort Worth, TX 76155-2243 | Steel Services & Supplies, Inc.<br>Po Box 2528<br>Toa Baja, PR 00951-2528 |
| TAM Industries, Inc.<br>Po Box 695<br>Trujillo Alto, PR 00977-0695 | United Surety and Indemnity Company<br>Po Box 2111<br>San Juan, PR 00922-2111 | USIC<br>Po Box 2111<br>San Juan, PR 00922-2111 |
| Victor E. Rivera Associates LLC<br>Po Box 32198<br>Ponce, PR 00732-2198 | WATER WORKS SUPPLIERS CORPORATION<br>Po Box 366203<br>San Juan, PR 00936-6203 | Yahaira Oquendo<br>Urb. Olympic Ville<br>#52 Calle Tokyo<br>Las Piedras, PR 00771 |
| YB Energy Solutions CP<br>Quintas del Alba<br>7 Carr 149<br>Villalba, PR 00766-3401 | | |